UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL SWEET,                )
       Petitioner,        )
                                )  Case No. 1:13-cv-1036
-v-                           )
                                )  HONORABLE PAUL L. MALONEY
BONITA HOFFNER,               )
       Respondent,        )
_____)

## JUDGMENT

Having issued an order adopting a report and recommendation and denying the petition for writ of habeas corpus, pursuant to Fed.R.Civ.P. 58, **JUDGMENT** is hereby entered in favor of respondent and against the petitioner.  A notice of appeal must ordinarily be filed within 30 days from the entry of this judgment under FED. R. APP. P. 4(a).


Date:  May 2, 2014                              /s/ Paul L. Maloney
                                                Paul L. Maloney
                                                Chief United States District